No. 316. ZOBEL *v.* SOUTH DAKOTA. Sup. Ct. S. D. Certiorari denied. *Daniel J. Andersen* for petitioner. *Frank L. Farrar,* Attorney General of South Dakota, *Walter W. Andre,* Assistant Attorney General, and *Robert A. Miller,* Special Assistant Attorney General, for respondent.

No. 320. MASSENGILL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *R. R. Ryder* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 321. FOTOCHROME, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied. *Louis Fischoff* for petitioner. *Acting Solicitor General Spritzer, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 322. STEVENSON ET AL. *v.* SILVERMAN ET AL. Sup. Ct. Pa. Certiorari denied. *Lawrence J. Richette* for petitioners. *Samuel D. Slade* for respondents.

No. 324. WILSON ET AL. *v.* LOUISIANA. Sup. Ct. La. Certiorari denied. *Lloyd F. Love* for petitioners.

No. 325. DEWELLES *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *A. L. Wirin* and *Fred Okrand* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.